# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTH DISTIRCT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GLORIA SANTIAGO,                )<br>                                              )<br>        PLAINTIFF,             )<br>                                              )<br>v.                                         )<br>                                              )<br>EWS ASSOCIATES, LLC        )<br>D/B/A REGENCY HOME CARE )<br>OF NORTH ATLANTA,          )<br>ERICH W. SCHUETZ,           )<br>                                              )<br>        DEFENDANTS.          )<br>_____ ) | CIVIL ACTION NO.:<br>17-CV-03219-ODE<br><br>JURY TRIAL REQUESTED |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

NOW COMES Plaintiff, Gloria Santiago, and hereby files this Notice of Dismissal Without Prejudice.

Respectfully submitted, this 15th day of November, 2017.

*Attorneys for Plaintiff*

**THE VAUGHN LAW FIRM, LLC**

*/s/ Christopher D. Vaughn*_____
Christopher D. Vaughn, Esq.
Georgia Bar No. 726226
Frank DeMelfi, Esq.
Georgia Bar No. 320128

315 West Ponce de Leon Avenue
Suite 380
Decatur, Georgia 30030
phone: 404-378-1290
facsimile: 404-378-1295